THE BOARD OF SUPERVISORS OF BROWN COUNTY vs. VAN STRALEN and others.   (On motion for rehearing.)

TRIAL.   *Issue in abatement to be first determined.*

Where defendant has pleaded both in abatement and in bar, the rendition of judgment for plaintiff on the merits without having determined the issue in abatement, is material error.

APPEAL from the Circuit Court for *Fond du Lac* County. The first decision in this cause is reported in 45 Wis., 675. The respondent moved for a rehearing.

RYAN, C. J.   The learned counsel for the respondents concede the correctness of the rule, that issues in abatement must be tried before issues in bar; and therefore admit the error of the court below in referring the issue in abatement.

They contend, however, that the error is immaterial, coming within sec. 40, ch. 125, R. S. 1858, and should be disregarded. But the court cannot see that the error does not affect a substantial right of the appellants. If they were entitled to

judgment of discontinuance, it is surely a violation of sub-·
stantial right that the action proceeded to judgment against
them. There has been no trial of the plea in abatement; and
until it be tried, it is impossible to determine its merits.
The learned counsel also contend, that the judgment on this
appeal affirms the power of boards of supervisors to extend
the time of payment of admitted liabilities of their debtors.
No such question was considered or involved in the judgment.
The judgment affirms only the obligation of a plaintiff to dis-
continue a suit which he has agreed to discontinue.

*By the Court.* — The motion is overruled.